JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JONATHAN GONZALEZ BECERRA, Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, Respondent. | CV 21-1865 DSF<br><br>JUDGMENT |

The Court having denied the petition for a writ of habeas corpus,

IT IS ORDERED AND ADJUDGED that Petitioner not receive the relief he sought in the petition.

Date: October 4, 2021

_____
Dale S. Fischer
United States District Judge